# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10793

_____

WILLIE JAMES PYE,

                                                      Plaintiff-Appellant,

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL, STATE OF GEORGIA,
STATE BOARD OF PARDONS AND PAROLES,
WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON

                                                      Defendants-Appellees.

_____

2                           Order of the Court                          24-10793

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 3:24-cv-00048-TCB

_____

ORDER:

The Court directs the Appellees to respond to Appellant's motion and brief no later than Tuesday, March 19 at 10:00 am EDT and the Appellant may file a reply no later than Tuesday, March 19 at 4:00 pm EDT.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION