# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10793

_____

WILLIE JAMES PYE,

                                                         Plaintiff-Appellant,

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF
CORRECTIONS,
ATTORNEY GENERAL, STATE OF GEORGIA,
STATE BOARD OF PARDONS AND PAROLES,
WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION
PRISON

                                                      Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

ORDER:

The parties are directed to submit supplemental letter briefs addressing whether in light of the Georgia Supreme Court's order yesterday denying discretionary review of the dismissal of his breach of contract claim, appellant Willie James Pye's claims in this action are barred by the doctrine of res judicata. *See Muhammad v. Sec'y, Fla. Dep't of Corr.*, 739 F.3d 683, 688 (11th Cir. 2014).

When we consider "whether to give res judicata effect to a state court judgment, we must apply the res judicata principles of the law of the state whose decision is set up as a bar to further litigation." *Green v. Jefferson Cnty. Comm'n*, 563 F.3d 1243, 1252 (11th Cir. 2009) (internal quotation marks omitted). Georgia law states that that "a judgment of a court of competent jurisdiction shall be conclusive between the parties and their privies as to all matters put in issue or which under the rules of law might have been put in issue in the case wherein the judgment was rendered." O.C.G.A. § 9-12-40; *see Coen v. CDC Software Corp.*, 816 S.E.2d 670, 675 (Ga. 2018).

The parties are directed to file simultaneous supplemental letter briefs by 4 PM EDT today. The briefs shall be no more than five pages.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION