# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10793

_____

WILLIE JAMES PYE,

                                                                Plaintiff-Appellant,

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL, STATE OF GEORGIA,
STATE BOARD OF PARDONS AND PAROLES,
WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON

                                                              Defendants-Appellees.

_____

2                         Order of the Court                         24-10793

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 3:24-cv-00048-TCB

_____

Before WILLIAM PRYOR, Chief Judge, and Wilson and JILL PRYOR, Circuit Judges.

BY THE COURT:

　　Appellant's motion for panel reconsideration of the Court's March 19, 2024, order denying appellant's motion for a stay of execution is DENIED.